UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S-08-463 MCE |
| v. ) | |
| DANIEL LAWRENCE LUERA, ) | |
| aka Edward Michael Luera ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                                              ( ) Ad Testificandum

Name of Detainee: DANIEL LAWRENCE LUERA, aka Edward Michael Luera
Detained at (custodian): SACRAMENTO COUNTY MAIN JAIL

Detainee is:      a.)    (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
                                  charging detainee with: <u>failure to register as a sex offender</u>
      or     b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
      or     b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                          currently being served at the detaining facility

*Appearance is necessary on OCTOBER 15, 2008, at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel D. White |
| Printed Name & Phone No: | LAUREL D. WHITE, 916-554-2780 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    (x) Ad Prosequendum                                              ( ) Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on OCTOBER 15, 2008 at 2:00 p.m., for arraignment and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 10, 2008

                                                                         U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Edward Michael Luera | Male   Female |
| Booking or CDC #: | X-ref #447718 | DOB: |
| Facility Address: | 651 I Street | Race: |
| | Sacramento, CA 95814 | FBI #: |
| Facility Phone: | 916-874-5188 | |
| Currently Incarcerated For: | _____ | |

---

### RETURN OF SERVICE

Executed on   _____        By: _____
                                                                                         (Signature)