| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:08-cr-00463-MCE |
| v. | ) | |
| DANIEL LAWRENCE LUERA, | ) | |
| aka Edward Michael Luera | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: DANIEL LAWRENCE LUERA, aka Edward Michael Luera
Detained at (custodian): DOUGLAS COUNTY JAIL

Detainee is:    a.)    (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                             charging detainee with: failure to register as a sex offender
     or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                           is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Laurel D. White
Printed Name & Phone No: LAUREL D. WHITE, 916-554-2780
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(x) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Edward Michael Luera | Male   Female |
| Booking or CDC #: | 08-5122 | DOB: |
| Facility Address: | 1036 SE Douglas Ave<br>Roseburg, OR 97470 | Race:<br>FBI #: |
| Facility Phone: | 541-440-4450 | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on _____    By: _____
                                                                        (Signature)